S

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:19CR236(RNC) |
| | : | |
| v. | : | |
| | : | |
| DEBBIE L. SMITH | : | September 27, 2019 |

## GOVERNMENT'S NOTICE OF RELATED CASE

The United States of America respectfully notifies the Court that the above-captioned matter is related to the case entitled *United States v. Memet Beqiri.*, 3:19CR208(AWT), which is assigned to Judge Alvin W. Thompson.   More particularly, the government is filing this notice to advice the Court of the following:

1.    On September 23, 2019, defendant Debbie L. Smith, pled guilty before Magistrate Judge Donna F. Martinez to an Information charging her with a Making and Using a False Document, in violation of 18 U.S.C. § 1001(a)(3).   This case is the above-captioned case, which is assigned to Your Honor and is assigned Criminal No. 3:19CR236(RNC). The Court accepted the finding and recommendation of the Magistrate Judge and accepted the plea on the same day. Sentencing is scheduled for December 10, 2019.   Ms. Smith is an employee of New England Meat Packing, LLC, and the charges relate to actions taken within the course of her employment with this company.

2.    On August 20, 2019, defendant Mehmet Beqiri, who is the owner New England Meat Packing, LLC, pled guilty before Magistrate Judge Robert A. Richardson, to an Information charging him with Making and Using a False Document and Aiding and Abetting, in volation of 18 U.S.C. § 1001(a)(3) and 2.   The case involving defendant Beqiri was assigned docket number 3:19CR208(AWT) at the time of the change of plea in this case.   The plea was

accepted by Judge Thompson and an amended schedule continued sentencing to January 27, 2020.

3. The above-captioned case is related to the case entitled *United States v. Memet Beqiri* (AWT) in so far as both cases arose from the same investigation, and involve overlapping evidence and witnesses. It is also possible that there will be a need for a sentencing hearing in this matter given that both defendants have contested a specific offense level increase in this case involving a risk of conscious or reckless death or serious bodily injury. U.S.S.G. § 2B1.1(b)((16)(A). Based on the foregoing, the Court may choose to reassign one of the above-referenced cases so that both cases are assigned to a single Judge pursuant to the Court's "related case" policy. S*ee* D. Conn. L. Cr. R. 50(b) ("All cases will be a assigned to a single Judge from filing to termination. In the event that it is subsequently determined that there is pending in this District a related case, . . . such case should normally be assigned to the Judge having the earliest filed case. A case may be reassigned at the discretion of the Chief Judge, after due consultation with the transferor and transferee Judge.").

4. The Government is filing a similar notice in the other above-described related case.

        Respectfully submitted,

        JOHN H. DURHAM
        UNITED STATES ATTORNEY

        DEBORAH R. SLATER
        ASSISTANT UNITED STATES ATTORNEY
        450 Main Street
        Hartford, Connecticut   06103
        Telephone (860) 947-1101
        Federal Bar No. CT04786

CERTIFICATE OF SERVICE

This is to certify that on September 27, 2019, a copy of the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By:  /s/

DEBORAH R. SLATER
Assistant U.S. Attorney